## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10CR312 |
| vs. | ) | ORDER |
| | ) | |
| JERMAINE MOUNTAIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for an extension of time in which to file pretrial motions [14].  Upon review of the file, the court finds that a 14-day extension should be granted.

**IT IS ORDERED** that the Motion to Continue Filing Pretrial Motions [14] is granted, in part, as follows:

1. The deadline for filing pretrial motions is extended to **October 15, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **September 29, 2010 and October 15, 2010** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED 30th day of September, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**